UNITED STATES FIDELITY & GUARANTY CO. v. CABRIAC

(June 16, 1930.   Opinion and Decree.)
(July 1, 1930.   Rehearing Refused.)
(July 7, 1930.   Writ of Certiorari and Review Refused by Supreme Court.)

Spearing & Mabry, of New Orleans, attorneys for plaintiff, appellee.

Harold A. Moise, of New Orleans, attorney for defendant, appellant.

WESTERFIELD, J.  For the reasons assigned in the case of United States Fidelity & Guaranty Company v. James Thomas, (La. App.), 129 South. 556, decided this day, it is ordered, adjudged, and decreed that the judgment of the district court be, and it is, reversed, and it is now ordered that there be judgment in favor of R. J.

Cabriac, defendant herein, dismissing plaintiff's demand.

JANVIER, J. (dissenting). For the reasons given in my dissenting opinion in the case of United States Fidelity & Guaranty Company v. James Thomas, 129 So. 556, this day decided, I respectfully dissent.